```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

**BERWICK ELECTRIC COMPANY, INC.,**

        **Plaintiff,**

    **vs.**                                      **Civil Action 2:12-cv-989**
                                                                  **Judge Economus**
                                                                   **Magistrate Judge King**

**DiMARCO CONSTRUCTORS, LLC.,**
*et al.*,

        **Defendants.**

## ORDER

        Upon motion, Doc. No. 15, the representative of Safeco Insurance Company of America is **GRANTED** leave to participate in the March 13, 2013 Settlement Week mediation by telephone, so long as the assigned mediator agrees to that procedure.

                                                      *s/Norah McCann King*
                                                        Norah M$^c$Cann King
                                                   United States Magistrate Judge

March 11, 2013
Date

1